UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Hollis Larson, | Civ. File No. 05-2720 (PAM/AJB) |
| Plaintiff, | |
| v. | **ORDER** |
| David Crist, et al., | |
| Defendants. | |

This matter is before the Court on Plaintiff Hollis Larson's Application to Proceed In Forma Pauperis on Appeal. Pursuant to 28 U.S.C. § 1915, this Court may authorize a party to proceed without prepayment of fees, costs, or security, upon the affidavit of a party testifying that he is unable to pay such costs, describing the nature of the appeal and his belief that he is entitled to redress. Based on a review of the record and Plaintiff's application, the Court concludes that Plaintiff should be allowed to proceed with his appeal in forma pauperis.

Plaintiff must pay an initial partial appellate filing fee of 30¢. This fee represents 20% of the average monthly deposits in Plaintiff's trust account over the last six months. See 28 U.S.C. § 1915(b)(1)(A). The remainder of the filing fee shall be paid in monthly installments as set forth in § 1915(b)(2).

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Application to Proceed Without Prepayment of Fees (Docket No. 147) is **GRANTED**; and

2. Petitioner is required to pay an initial partial appellate filing fee of 30¢.

Dated: October 12, 2007

                                                   s/ Paul A. Magnuson
                                                  Paul A. Magnuson
                                                  United States District Court Judge